40 P.3d 945

# SUPREME COURT OF HAWAI'I

### October 30, 2001

| 23598 | State v. Temple | Affirmed |
|---|---|---|

### December 5, 2001

| 23621 | State v. Hatori | Affirmed |
|---|---|---|

### January 8, 2002

| 23788 | Doe, In re | Affirmed |
|---|---|---|

### January 16, 2002

| 23743 | State v. Kamisato | Affirmed |
|---|---|---|
| 23580 | State v. Huynh | Affirmed |
| 23633 | State v. Roberts | Vacated and Remanded |

### January 22, 2002

| 22279 | Dela Cuesta v. Hawaiian Ins. Group | Affirmed |
|---|---|---|
| 23543 | Doe Children, In re | Affirmed |
| 24103 | Doe Children, In re | Affirmed |

### January 30, 2002

| 23393 | Hanoa v. Simeona | Affirmed |
|---|---|---|

### January 31, 2002

| 23592 | Doe, In re | Affirmed |
|---|---|---|

### February 6, 2002

| 22342 | Cullen v. AIG Hawaii Ins. Co., Inc. | Affirmed |
|---|---|---|

### February 12, 2002

| 23420 | Boharski v. State | Affirmed |
|---|---|---|

### February 20, 2002

| 22998 | Miyashiro v. Hiatt | Affirmed |
|---|---|---|